928

Vance I. HURD, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 00–7155.

United States Court of Appeals, Federal Circuit.

DECIDED: May 17, 2001.

Before NEWMAN, CLEVENGER, and DYK, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36

GRASS VALLEY TERRACE, Jefferson Commons, Margorie W. Kassner, Eileen Kothe, NRCB Limited Partnership, Peters, Williams & Kubota, Pine

Needle Apartments Limited Partnership, Ripon Manor, Rural Community Builders, Beatrice Schmidtbauer, Richard Schmidtbauer, the Highlands and Waterloo Green, Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 00–5094.

United States Court of Appeals, Federal Circuit.

DECIDED: May 17, 2001.

Before NEWMAN and BRYSON, Circuit Judges, ARCHER, Senior Circuit Judge.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36